August Lang, administrator of the estate of Ellen Lang, deceased, defendant in error, v. Catherine Weich et al. Cecelia Lang, plaintiff in error. Gen. No. 7,490.

Proceedings to sell land to pay debts of decedent. Order disallowing claim against estate. Error to the County Court of Jo Daviess county; the Hon. Harry L. Heer, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 5, 1926.

M. H. Cleary, for plaintiff in error. F. J. Campbell, for defendant in error; J. P. Frantzen, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Moe S. Robinson, appellee, v. American General Insurance Company, appellant. Gen. No. 7,512.

Action upon fire insurance policies. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed April 5, 1926.

Mack, Lowes & Leopold and Barr & Barr, for appellant. J. Harold Downey and John H. Savage, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Robert A. Thompson, appellee, v. John Bruch, appellant. Gen. No. 7,534.

Action for personal injuries and damage to automobile in collision. Judgment for plaintiff. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 5, 1926.

Charles W. Helmig and Butters & Butters, for appellant. Coleman & Coleman and Kelly, Kelly & Kelly, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Albert Randall, sheriff of Peoria County, Illinois, for use of Citizens Ice & Cold Storage Company and Jennings Fruit Company, appellee, v. John A. Eck Company and Aetna Casualty & Surety Company, appellants. Gen. No. 7,539.

Debt on replevin bond. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed April 5, 1926.

Jack, Irwin & Jack and Francis C. Vonachen, for appellants. Covey, Campbell & Covey, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.